**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: PARHAM POINTE SOUTH, LLC** | **CASE NO 08-02318-NPO** |
| **F/K/A CHATHAM COURT APARTMENTS** | **CHAPTER 11** |

**RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO CONVERT
OR, ALTERNATIVELY TO DISMISS**

COMES NOW the Debtor (Parham South), by and through its attorney of record, and files this its Response to United States Trustee's Motion to Convert or, Alternatively to Dismiss, in the above-styled and numbered cause and as grounds therefore, would show the following:

1. The Debtor has no assets from which to pay any creditors, attorney's fees, or any other expenses.

2. The Debtor would incur additional expenses and would not have the means to pay if the case were to be converted to Chapter 7.

3. The Debtor would confess the Motion to Convert or, Alternatively to Dismiss and moves this Court to dismiss its Chapter 11 case.

RESPECTFULLY SUBMITTED, this the 26th day of November, 2008.

                                               /s/T.K. Moffett_____
                                               T.K. MOFFETT (MSBN 3402)
                                               Attorney for Debtor, Parham Pointe South, LLC

**MOFFETT LAW FIRM, PLLC**
401 North Main St.
Amory, MS 38821
Telephone:  662-257-0809
Telecopier:  662-257-9988

CERTIFICATE OF SERVICE

I, T.K. Moffett, attorney for Debtor, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system which sent notification of the filing to the following:

Attorney for Fannie Mae
Jeffrey Ryan Barber    jbarber@watkinsludlam.com    jdurr@watkinsludlam.com

R. Michael Bolen    USTPRegion05.JA.ECF@usdoj.gov

And to the following via US Mail, postage prepaid.

See Attachment.

This the 26th day of November, 2008.

*/s/ T.K. Moffett*
T.K. Moffett

**MOFFETT LAW FIRM, PLLC**
401 North Main St.
Amory, MS 38821
Telephone:  662-257-0809
Telecopier:  662-257-9988
Contact:  robinbenson@moffettlaw.com

Parham Pointe South, LLC                                    Case No. 08-02318
Exhibit A Mailing List                                              Chapter 11

Ballard Realty Company, Inc.
5950 Carmichael Place, Suite 200
Montgomery, AL 36117

ADT
P.O. Box 371967
Pittsburg, PA 15250

AT & T.
PO. Box 105262
Atlanta, GA 30348-5262

Apartment Guide Book
PO Box 98207
Jackson, MS 39298

Buyers Access
1777 South Harrison Street Suite 300
Denver, CO 80210

Dixie Glass & Mirror
6362 Cole Road
Ridgeland, MS 39157

Graham Taylor Pest Control
P.O. Box 968
Pelahatchia, MS 39145

Greenpark Financial Limited Partnership
7501 Wisconsin Avenue, Suite 1200
Bethesda, MD 20814

HD Supply
P.O. Box 509058
San Diego, CA 92150-9058

IRS
100 W Capitol Street Suite 504
Jackson, MS 39269-0599

Bureau/PL, LLC
c/o R. Scott Wells
Po Box 1925
Biloxi, MS 39533-1925

Kevin Gainey d/b/a Gainey's Carpet One
456 Franklin Rd.
Morton, Ms 39117

Advance Steam Extraction, Inc.
3165 Virginia St.
Pearl, MS 39208

Illustratus
10983 Granada Lane
Overland Park, KS 66211

James Gray
P O Box 3131
Ridgeland MS 39158-3131

Louis D. Carpenter d/b/a
L&M Carpet Cleaning
308 Shiloh Rd. Apt 15
Brandon, MS 39042

Labor Finder of Jackson
P.O. Box 9171
Jackson, MS 39286

Mc's Air Conditioning
P.O. Box 721048
Byram, MS 39272-1048

Pro Lawn Care
1923 Spillway Road Suite 134
Brandon, MS 39042

Ricoh Americas Corp
P.O. Box 105533
Atlanta, GA 30348-5533

Southern Floor Covering
5010 Hwy 80 East
Pearl, MS 39208

US Attorney Hon David N. Usry
188 E Capitol Street Suite 500
Jackson, MS 39201-2126

US Securities & Exchange Comm
Suite 1000 3475 Lenox Rd NE
Atlanta, GA 30326-1232

Watkins & Eager PLLC
P.O. Box 3858 Jackson, MS 39207

Donald O. Flanders
Dixie Glass & Mirror, LLC
6362 Cole Road
Ridgeland, MS 39157-6001