UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       PARHAM POINTE SOUTH, LLC           CASE NO.   08-02318-NPO

             DEBTOR                              CHAPTER   11

ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS

This matter came on for hearing on the United States Trustee's ("UST") Motion to Convert or, alternatively to Dismiss (Docket No. 97) and the Court having considered same finds that the UST's motion is well taken and should granted as set forth herein, therefore,

**IT IS ORDERED THAT** the above styled proceeding shall be and is hereby dismissed.

**IT IS FURTHER ORDERED** that the debtor shall within twenty (20) days of the entry of this order pay all outstanding quarterly fees due to the UST pursuant to 28 U.S.C. § 1930(a)(6) and submit to the UST all monthly operating reports through the date of dismissal. This Court hereby retains jurisdiction of the payment of quarterly fees and the submission of monthly operating reports to the UST.

**SO ORDERED.**

APPROVED FOR ENTRY:

*(signature)*
Parham Pointe South, LLC
By: T. K. Moffett

*(signature)*
Ronald H. McAlpin
Assistant U. S. Trustee